UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LEONARDO FERNANDEZ

                                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**19 CR. 267 (JGK  )**

Defendant LEONARDO FERNANDEZ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

X___   SENTENCING

I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to be sentenced and to have my attorney beside me as I am. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to be Sentenced. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me and to be physically present as I am sentenced.

_Leonardo Fernandez (T. D.V.)_   _Telesforo Del Valle, Jr._
Defendant's Signature                           Defendant's Counsel's Signature
Leonardo Fernandez                              Telesforo Del Valle Jr., Esq

This proceeding was conducted by reliable video or telephone conferencing technology.

_____                         _____
Date                                            **US. District Judge**